UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KENDALL BROWNE,

                        Plaintiff,                        **ORDER**

      -against-                                  23 Civ. 8559 (AEK)

POLICE OFFICER Q. RYER,

                        Defendant.

------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic conference was held in the above captioned case on Monday, June 10, 2024 at 10:30 a.m.  At the conference, the Court set the following deadlines:

      Plaintiff is to review his deposition transcript and provide a written statement of changes, if any, to Mr. Smith by July 19, 2024.  Per Rule 30(e) of the Federal Rules of Civil Procedure, this statement must be signed by the Plaintiff, but it does not need to be notarized.

      Defendant is to file and serve his motion for summary judgment on or before Friday, August 2, 2024.  Defendant is reminded to comply with the requirements of Local Civil Rule 56.2.

      Plaintiff is to file and serve his opposition to Defendant's motion for summary judgment on or before Friday, September 6, 2024.

      Defendant is to file and serve his reply, if any, on or before Friday, September 20, 2024.

2

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff.

Dated: June 10, 2024
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

2