**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENDALL BROWNE,

                Plaintiff,
    -against-                                 23 **CIVIL** 8559 (AEK)

                                          **JUDGMENT**

P.O. QUANTE RYER, *Shield #1478,*
*Individually*,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 31, 2025, Defendants motion for summary judgment (ECF No. 25) is GRANTED, and Plaintiff's motion to certify questions of law (ECF No. 35) is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                  **TAMMI M HELLWIG**
                                                    **Clerk of Court**

                       **BY:**

                                                    **Deputy Clerk**